**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| DARREN KOCH, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CASE NO. 6:13-cv-00627-JA-GJK |
| WYNDHAM WORLDWIDE OPERATIONS, INC., and WYNDHAM VACATION OWNERSHIP, INC., | ) ) ) ) ) |
| Defendants. | ) ) |

**DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS**
**AND CORPORATE DISCLOSURE STATEMENT**

Defendants, WYNDHAM WORLDWIDE OPERATIONS, INC. and WYNDHAM VACATION OWNERSHIP, INC. ("Defendants"), disclose the following pursuant to this Court's Order on Interested Persons and Corporate Disclosure Statement:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party:

   a. Wyndham Worldwide Operations, Inc. (Defendant)

   b. Wyndham Vacation Ownership, Inc. (Defendant)

   c. Wyndham Worldwide Corporation (Parent)

    d.    Jackson Lewis LLP (attorneys of record for Defendant)

    e.    Stephanie L. Adler-Paindiris, Esquire (attorney of record for Defendant)

    f.    Jessica DeBono Anderson, Esquire (attorney of record for Defendant)

    g.    Darren Koch (Plaintiff)

    h.    Mansfield Bronstein, PA (attorneys of record for Plaintiff)

    i.    Michael L. Cotzen, Esquire (attorney of record for Plaintiff)

    j.    Jonathan S. Minick, Esquire (attorney of record for Plaintiff)

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

Defendant is unaware of any such entities.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):

Defendant is unaware of any such entities.

4. The name of each victim (individual and corporate), including every person who may be entitled to restitution:

None not already identified in response to Item No. 1.

5. Check one of the following:

__X__   a. I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case, and will immediately notify the Court in writing upon learning of any such conflict.

- or -

_____   b. I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows: (explain)

DATED this 3rd day of June 2013.

    Respectfully submitted,

    JACKSON LEWIS LLP
    390 N. Orange Avenue, Suite 1285
    Orlando, Florida 32801
    Telephone:  (407) 246-8440
    Facsimile:  (407) 246-8441

    By:   */s/ Stephanie L. Adler-Paindiris*
         Stephanie L. Adler-Paindiris
         Florida Bar No. 523283
         stephanie.adler-paindiris@jacksonlewis.com

         Jessica DeBono Anderson
         Florida Bar No. 0058503
         jessica.anderson@jacksonlewis.com

    Attorneys for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 3rd day of June, 2013, a true copy of foregoing has been electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to: Michael L. Cotzen, Esq. and Jonathan S. Minick, Esq., Mansfield Bronstein, PA, 3440 Hollywood Blvd, Suite 450, Hollywood, FL 33021.

*/s/ Stephanie L. Adler-Paindiris*
Stephanie L. Adler-Paindiris

4829-7661-1860, v. 1