**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

_____

DARREN KOCH, and all others
similarly situated,

   **Plaintiff,**

vs.

WYNDHAM WORLDWIDE
OPERATIONS, INC., and
WYNDHAM VACATION
OWNERSHIP, INC.,

   **Defendants.**
_____

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

  **CASE NO. 6:13-cv-00627-Orl-28GJK**

### DEFENDANTS' NOTICE OF PENDENCY OF OTHER ACTIONS

  In accordance with Local Rule 1.04(c), I certify that the instant action:

  __X__ IS  related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

    *Shawn M. Strickland v. Wyndham Worldwide Operations, Inc. and Wyndham Vacation Ownership, Inc.*, Case No. 6:13-cv-1000-31-GJK;

    *Michael Dorismond v. Wyndham Vacation Resorts, Inc. and Wyndham Vacation Ownership, Inc.*, Case No. 6:14-cv-0063-ORL-28-DAB;

    *Herbert Schleimer v. Wyndham Vacation Ownership, Inc., Wyndham Vacation Resorts, Inc., and Wyndham Worldwide Operations, Inc.*, Case No. 8:13-cv-2676-T-MAP.[1]

---

[1] Defendants notify the Court of these pending matters against in an abundance of caution, because the plaintiffs in these matters have alleged common questions of law or fact under Local Rule 104(c), insofar as the plaintiffs allege that they worked off the clock in violation of the Fair Labor Standards Act. Nevertheless, the plaintiffs in these matters are not similarly situated for the purposes of certifying a collective action under the Fair Labor Standards Act.

DATED this 30th day of January 2014.

Respectfully submitted,

JACKSON LEWIS P.C.
390 North Orange Avenue, Suite 1285
Post Office Box 3389
Orlando, Florida 32802-3389
Telephone:    (407) 246-8440
Facsimile:    (407) 246-8441

By:    *s/Ajda M. Nguyen*
       Stephanie L. Adler-Paindiris
       Florida Bar No. 523283
       adlers@jacksonlewis.com

       Juan C. Lopez-Campillo
       Florida Bar No. 0139785
       juan.lopez@jacksonlewis.com

       Jessica DeBono Anderson
       Florida Bar No. 0058503
       jessica.anderson@jacksonlewis.com

       Ajda M. Nguyen
       Florida Bar No. 22485
       nguyena@jacksonlewis.com

Attorneys for Defendants WYNDHAM
WORLDWIDE OPERATIONS, INC. and
WYNDHAM VACATION OWNERSHIP, INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of January 2014, a true copy of foregoing has been electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to: Jonathan S. Minick, Esq.,  Mansfield Bronstein, PA, 3440 Hollywood Blvd, Suite 450, Hollywood, FL  33021.

*s/Ajda M. Nguyen*
Ajda M. Nguyen

4852-6742-6328, v.  1